**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1066**

---

AHMAD A.N. DAHMAS,

Plaintiff - Appellant,

versus

CVS PHARMACY IN MARYLAND,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-96-1025-AW)

---

Submitted:  April 29, 1998          Decided:  May 15, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ahmad A.N. Dahmas, Appellant Pro Se.  Karen Ann Khan, JACKSON,
LEWIS, SCHNITZLER & KRUPMAN, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahmad A.N. Dahmas appeals the district court's order granting summary judgment for CVS Pharmacy in Maryland on his employment discrimination claims. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dahmas v. CVS Pharmacy</u>, No. CA-96-1025-AW (D. Md. Dec. 22, 1997). Dahmas' expressions of dissatisfaction with his counsel's performance merit no relief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>